IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                )
                                      )
DEAN ALEXANDER VINSON                 )   CASE NO. 14-10774-JMC-13
                                      )
Debtor.                               )

## MOTION FOR RELIEF FROM ORDER PURSUANT TO FED.R.BANKR.P. 9024

Comes now the Trustee, and the Debtor, by counsel, and requests relief from a portion of the Court's Order of June 2, 2015, and in support of his motion, states as follows:

1. The Court's Order required the Debtor to file an Objection to the IDR proof of claim;
2. An objection is no longer necessary as the Proof of Claim recently filed does not contain any estimates nor does the debtor disagree with the Claim as filed.

WHEREFORE, pursuant to FRBP 9024, the parties respectfully request relief from the portion of the Court's Order requiring the Debtor to Object to the Indiana Department of Revenue Proof of Claim.

_____
Julia M. Leavitt, Staff Counsel
John M. Hauber, Chapter 13 Trustee
151 N. Delaware Street, Suite 1400
Indianapolis IN 46204
(317) 636-1062

_____
Joseph G. Allahar
Counsel for Debtor
55 Monument Circle, Suite 525
Indianapolis, IN 46204