UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DEAN ALEXANDER VINSON | )  CASE NO: 14-10774-JMC-13 |
| | ) |
| Debtor(s) | ) |

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS**

Comes now Dean Alexander Vinson, debtor, by counsel, and for his objection to Trustee's Motion to Dismiss states as follows:

1. That on November 26, 2014, debtor filed a petition for relief under Chapter 13, of Title 11, United States Code.

2. That debtor is in the process of bringing his plan payments current.

Wherefore, debtor, by counsel prays that the Court deny the Trustee's Motion to Dismiss and for all other just relief.

Respectfully submitted,

/s/ Joseph G. Allahar
Joseph G. Allahar
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I certify that an exact copy of the foregoing was served electronically upon the following on the date of filing:

US Trustee
Chapter 13 Trustee

/s/ Joseph G. Allahar
Joseph G. Allahar
Attorney for Debtor
55 Monument Circle, Suite 525
Indianapolis, IN 46204
(317) 636-6753